# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| JAMES ARTHUR WINN | CIVIL ACTION NO. 04-1563-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHERIFF STEVE PRATOR, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's civil rights claims against Paul Carmouche, Eugene W. Bryson and Shenqua Gray are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 12th day of February, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE